# EXHIBIT 1

# BRAUNHAGEY & BORDEN LLP

San Francisco & New York

**Andrew Levine, Esq.**
levine@braunhagey.com

January 29, 2018

**VIA EMAIL AND FIRST CLASS U.S. MAIL**

Eleanor M. Lackman
Cowan, DeBaets, Abrahams & Sheppard LLP
41 Madison Avenue
New York, NY 10010
Email: elackman@cdas.com

Re: *FAZE Apparel, LLC v. FaZe Clan, Inc.*, No. 3:18-cv-00625 (N.D. Cal.)
Stipulation Re: Injunctive Relief and Duty Preserve Evidence

Dear Ms. Lackman:

We serve as litigation counsel to Plaintiff FAZE Apparel, LLC ("FAZE Apparel") in the above-captioned trademark infringement action filed against FaZe Clan, Inc. ("FaZe Clan") in the Northern District of California (the "Complaint"). A courtesy copy of FAZE Apparel's complaint is attached for your reference.

We are in receipt of your January 26, 2018 letter to FAZE Apparel's former counsel.[1] Please direct all future correspondence to me. Though we appreciate FaZe Clan's belated offer to resolve the instant dispute, the terms outlined in your letter do not sufficiently address the damages and irreparable harm your client's ongoing and willful infringement of the FAZE® Marks[2] have caused; nor are the proposed terms proportional to the significant exposure your client faces for its willful infringement, including broad injunctive relief, damages (which likely will be trebled) and fee shifting. Any resolution will need to fully redress the damage and harms suffered by FAZE Apparel.

Putting aside your settlement overtures, we write to demand that FaZe Clan immediately cease its ongoing infringement of the FAZE® Marks. Settlement discussions can only proceed once the infringement has stopped and there are protections in place barring future infringement. To that end we have enclosed a Stipulation and [Proposed] Order for Preliminary Injunction ("Stipulation") for your review and signature.

---

[1] The timing of your letter is serendipitous given our preparations to file the enclosed complaint. We agree that it is time to "resolve this matter once and for all."

[2] As you are surely aware, FAZE Apparel is the owner of the federally registered trademarks FAZE® (Reg. No. 4550118) and F.A.Z.E.® (Reg. No. 3680738). Furthermore, FAZE Apparel owns longstanding common law rights in "FAZE"-formative marks including "FAZE" and "FAZE APPAREL," which it has used continuously since at least as early as 2007.

January 29, 2018
Ms. Lackman
Page 2

As detailed in the Complaint, FaZe Clan's ongoing and willful infringement has caused and (unless it immediately ceases) will continue to cause FAZE Apparel significant damages. More troublingly, FaZe Clan's brazen misconduct is creating confusion among consumers that has irreparably harmed FAZE Apparel's brand value, reputation and business goodwill. This latter harm, which is ongoing and mounting, cannot be remedied by money damages alone.

FAZE Apparel is prepared to move for a preliminary injunction to bar FaZe Clan's continued infringement. To avoid unnecessary motion practice and expense seeking relief which the Court is almost certain to award, FAZE Apparel is willing to forego filing its motion for injunctive relief in exchange for FaZe Clan's agreement to the relief detailed in the attached Stipulation.

Please let us know by **close of business on Friday, February 2, 2018** whether FaZe Clan agrees to the Stipulation by signing and returning a copy via email to me at levine@braunhagey.com. We will then counter-sign and file with the Court.

In the meantime, we trust that FaZe Clan has and will continue to comply with its obligations under the Federal Rules of Civil Procedure to preserve all documents and information (including all electronically stored information) in its possession, custody and control relevant to the instant dispute. This includes, but is not limited to the following information:

1. All documents and communications (both internally at FaZe Clan and with third parties, including but not limited to eLeague, Turner Sports, and G-Fuel) relating to FaZe Clan's use of the FAZE® marks.

2. All documents and communications (both internally at FaZe Clan and with third parties) relating to FaZe Clan's knowledge of the FAZE® marks.

3. All documents and communications (both internally at FaZe Clan and with third parties) relating to consumer confusion between FAZE Apparel merchandise and FaZe Clan merchandise. This includes, but is not limited, to inquiries from consumers concerning the provenance of merchandise bearing the FAZE® marks.

4. All documents and communications (both internally at FaZe Clan and with third parties) relating to FAZE Apparel.

5. All documents reflecting FaZe Clan's sales, revenues, and profits related to the sale of merchandise bearing the FAZE® Marks.

January 29, 2018
Ms. Lackman
Page 3

      FAZE Apparel reserves all rights.

                                          Very truly yours,

                                          Andrew Levine

Enclosures.

[Counsel and Parties Listed on Signature Page]

# IN THE UNITED STATES DISTRICT COURT FOR THE

# NORTHERN DISTRICT OF CALIFORNIA - SAN FRANCISCO DIVISION

| | |
|---|---|
| FAZE Apparel, LLC, <br><br> Plaintiff, <br><br> v. <br><br> FaZe Clan, Inc. and Does 1 through 25, inclusive, <br><br> Defendants. | Case No. 3:18-cv-00625 <br><br> **STIPULATION AND ORDER FOR PRELIMINARY INJUNCTION** |

Plaintiff FAZE Apparel, LLC ("FAZE Apparel") and Defendant FaZe Clan, Inc. ("FaZe Clan"), by and through their respective counsel, hereby stipulate as follows:

WHEREAS, FAZE Apparel is the owner of certain FAZE® trademarks identified in the Complaint in this action (the FAZE® Marks).

WHEREAS, FAZE Apparel asserts claims against FaZe Clan in this action for Trademark Infringement and Counterfeiting, False Designation of Origin, Unfair Competition, and Declaratory Judgment arising out of FaZe Clan's unauthorized use of the FAZE® Marks and infringing "FAZE"-formative marks including "FAZE CLAN" in connection with apparel, garments, and accessories.

WHEREAS, the Parties wish to avoid the necessity of motion practice by stipulating to a preliminary injunction.

NOW, THEREFORE, the Parties, by and through their respective counsel, hereby request that the Court issue a preliminary injunction as follows:

1. FaZe Clan and its officers, directors, employees, agents, subsidiaries, and distributors are immediately restrained and enjoined, during the pendency of this lawsuit:

   A. From directly or indirectly manufacturing, purchasing, importing, advertising, promoting, offering for sale, selling, distributing, transferring, concealing or otherwise disposing of any product that infringes the FAZE® Marks, including through the use or display of "FAZE," "FAZE CLAN," "FAZE WORLDWIDE," or any other "FAZE"-formative mark in connection with apparel, garments, or accessories.

   B. From knowingly instructing, aiding, abetting, or acquiescing in any other person or business entity's infringement, as described in Paragraph 1A above.

2. FaZe Clan shall immediately remove all advertisements for the infringing products described in Paragraph 1A above from all websites, stores, events, and other advertising locations within its control.

[Signature Page Follows]

|   |   |
|---|---|
|   | Andrew Levine, Esq. (SBN: 278246) |
|   | levine@braunhagey.com |
|   | J. Tobias Rowe, Esq. (SBN: 305596) |
|   | rowe@braunhagey.com |
|   | BRAUNHAGEY & BORDEN LLP |
|   | 220 Sansome Street, Second Floor |
|   | San Francisco, CA 94104 |
|   | Tel. & Fax: (415) 599-0210 |
|   |   |
|   | Attorneys for Plaintiff |
|   | FAZE Apparel, LLC |

Dated: January ____, 2018           By: _____
                                          Andrew Levine

|   |   |
|---|---|
|   | Eleanor M. Lackman, Esq. (SBN: 298594) |
|   | elackman@cdas.com |
|   | COWAN, DEBAETS, ABRAHAMS, |
|   | & SHEPPARD LLP |
|   | 41 Madison Avenue |
|   | New York, NY 10010 |
|   | Telephone: (212) 974-7474 |
|   | Facsimile:  (212) 974-8474 |
|   |   |
|   | Attorneys for Defendant |
|   | FaZe Clan Inc. |

Dated: January ____, 2018           By: _____
                                          Eleanor M. Lackman

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: _____, 2018             By: _____
                                          HON. _____
                                          United States District Judge

**ATTESTATION OF CONCURRENCE**

I, Andrew Levine, as the ECF user and filer of this document, attest that concurrence in the filing of this document has been obtained from each of the above signatories.

Dated: January ____, 2018           By: _____
                                          Andrew Levine