Andrew Levine, Esq. (SBN: 278246)
  levine@braunhagey.com
J. Tobias Rowe, Esq. (SBN: 305596)
  rowe@braunhagey.com
Diane Lu, Esq. (SBN: 305816)
  lu@braunhagey.com
BRAUNHAGEY & BORDEN LLP
220 Sansome Street, Second Floor
San Francisco, CA 94104
Tel. & Fax:  (415) 599-0210

ATTORNEYS FOR PLAINTIFF
FAZE APPAREL, LLC

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FAZE Apparel, LLC, | Case No. 2:18-cv-02052 RGK (JEMx) |
| Plaintiff, | **PLAINTIFF FAZE APPAREL'S NOTICE OF REQUEST TO CROSS-EXAMINE DECLARANT ERIK ANDERSON PURSUANT TO LOCAL CIVIL RULE 7-8** |
| v. | |
| FaZe Clan, Inc. and Does 1 through 25, inclusive, | Date: May 7, 2018 |
| Defendants. | Time: 9:00 AM |
| | Before the Hon. R. Gary Klausner |

1  TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

2  Plaintiff FAZE Apparel, LLC ("FAZE Apparel"), pursuant to Central District of California Local Civil Rule 7-8, hereby requests the presence of Erik Anderson, a declarant in support of the Opposition to Plaintiff's Motion for Preliminary Injunction filed by Defendant FaZe Clan, Inc. ("Defendant") on April 16, 2018, for cross-examination at the hearing on FAZE Apparel's Motion.  The hearing is scheduled for May 7, 2018 at 9:00 AM in Courtroom 850 of the U.S. District Court for the Central District of California, located at 255 East Temple Street, Los Angeles, CA 90012, 8th Floor.

On and around February 22, 2018, counsel for both parties agreed via email that the parties would make their respective declarants available for testimony upon request at the hearing on FAZE Apparel's forthcoming preliminary injunction motion.  FaZe Clan has since requested the presence of FAZE Apparel's declarant Johnny Travis.  Pursuant to Local Civil Rule 7-8 and the understanding of the parties, FAZE Apparel hereby provides notice of its intent to cross-examine Mr. Anderson and respectfully requests that an order permitting cross-examination of Mr. Anderson be entered as set forth herein.

Dated:  April 23, 2018

BRAUNHAGEY & BORDEN LLP

By:  /s/ *Andrew Levine*
        Andrew Levine

*Attorneys for FAZE Apparel, LLC*