Donald A. Thompson, Esq. (SBN 260076)
THOMPSON & CO.
1 Embarcadero Center, Suite 500
San Francisco, CA 94111
Telephone: (415) 506-8105
Email: don@tco.law

*Counsel for Plaintiff and
Counterclaim Defendant,
Faze Apparel, LLC*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FAZE Apparel, LLC,<br><br>  Plaintiff / Counterclaim Defendant,<br><br>  v.<br><br>FaZe Clan, Inc. and Does 1 through 25, inclusive,<br><br>  Defendants / Counterclaim Plaintiff.<br><br>AND RELATED COUNTERCLAIMS | Case No. 2:18-cv-02052 RGK (JEMx)<br><br>**DECLARATION OF DONALD A. THOMPSON IN SUPPORT OF FAZE APPAREL, LLC'S MOTION IN LIMINE NO. 5 RE RENEWAL OF U.S. TRADEMARK REGISTRATION NO. 3,680,738**<br><br>**Pretrial Conference: March 11, 2019**<br><br>**Jury Trial Date: March 26, 2019**<br><br>**Before: Hon. R. Gary Klausner** |

I, Donald A. Thompson, declare:

1. I am counsel for Plaintiff and Counterclaim Defendant Faze Apparel, LLC ("Faze Apparel") in this case against Defendant and Counterclaim Plaintiff Faze Clan Inc. ("Faze Clan"). I appeared in this case on December 7, 2018. I have personal knowledge of the statements set forth below except as specified otherwise.

2. Faze Apparel owns United States Trademark Registration No. 4,550,118 for FAZE in connection with various types of apparel in class 25 (the "FAZE Word Registration"). The FAZE Word Registration matured from an application filed on March 5, 2013. It remains in full force and effect. A true and correct copy of the FAZE Word Registration is attached hereto as **Exhibit 1**.

3. Faze Apparel also owns United States Trademark Registration No. 3,680,738 for F.A.Z.E (& Design) in connection with various types of apparel in class 25 (the "F.A.Z.E. Design Registration"). The F.A.Z.E. Design Registration matured from an application filed on February 22, 2008. It remains in full force and effect. It is also incontestable under 15 U.S.C. § 1065. A true and correct copy of the F.A.Z.E. Design Registration is attached hereto as **Exhibit 2**.

4. On September 8, 2018, Johnny Travis of Faze Apparel filed to renew the F.A.Z.E Design Registration. A true and correct copy of the renewal filing is attached hereto as **Exhibit 3**. A trademark specialist at United States Patent and Trademark Office accepted his filing in part and rejected it in part. In a post-registration office action, she expressed her view that "the specimen submitted with [the filing] shows a materially different mark from that in the registration." A true and correct copy of that post-registration office action is attached hereto as **Exhibit 4**. Faze Apparel may respond to the post-registration office action by submitting a substitute specimen that shows the mark in its registration or one that maintains a consistent commercial impression. Faze Apparel must respond to the post-registration office action by September 8, 2019.

5. On February 1, 2019, discovery closed in this case. That same day at

4:22 pm, Faze Clan served initial disclosures, which it had not done previously.

6. On February 7, 2019, Faze Clan produced the filing to renew the F.A.Z.E. Design Registration, as well as the corresponding post-registration office action. Faze Clan designated them as a trial exhibit the same day.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: February 9, 2019           /s/
                                                  Donald A. Thompson