Donald A. Thompson, Esq. (SBN 260076)
THOMPSON & CO.
1 Embarcadero Center, Suite 500
San Francisco, CA 94111
Telephone: (415) 506-8105
Email: don@tco.law

*Counsel for Plaintiff and
Counterclaim Defendant,
Faze Apparel, LLC*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FAZE Apparel, LLC, | Case No. 2:18-cv-02052 RGK (JEMx) |
| Plaintiff / Counterclaim Defendant, | **DECLARATION OF DONALD A. THOMPSON IN SUPPORT OF FAZE APPAREL, LLC'S MOTION IN LIMINE NO. 6 RE EVIDENCE PRODUCED ON AND AFTER CLOSE OF DISCOVERY** |
| v. | |
| FaZe Clan, Inc. and Does 1 through 25, inclusive, | |
| Defendants / Counterclaim Plaintiff. | **Pretrial Conference: March 11, 2019** |
| | **Jury Trial Date: March 26, 2019** |
| | **Before: Hon. R. Gary Klausner** |
| AND RELATED COUNTERCLAIMS | |

I, Donald A. Thompson, declare:

1. I am counsel for Plaintiff and Counterclaim Defendant Faze Apparel, LLC ("Faze Apparel") in this case against Defendant and Counterclaim Plaintiff Faze Clan Inc. ("Faze Clan"). I appeared in this case on December 7, 2018. I have personal knowledge of the statements set forth below except as specified otherwise.

2. On July 25, 2018, the Court entered a scheduling order in this case, setting a discovery cut-off of December 28, 2018, a pretrial conference on March 11, 2019, and start of trial on March 26, 2019. Dkt. # 47.

3. On December 12, 2019, the parties stipulated to extend the discovery cut-off from December 28, 2018 to February 1, 2019, while otherwise preserving the original case schedule. The Court approved that stipulation. Dkt. ## 56, 58.

4. On February 1, 2019, discovery closed. That same day at 4:22 pm, Faze Clan served initial disclosures. Faze Clan had not previously produced initial disclosures. That same day at 9:04 pm, Faze Clan also produced dozens of documents that it had not previously produced, true and correct copies of which are attached hereto as **Exhibit 1** (FC1385-1437), in addition to the third-party filings addressed by Faze Apparel's Motion in Limine No. 3.

5. On February 7, 2019, Faze Clan several documents that it had not previously produced, true and correct copies of which are attached hereto as **Exhibit 2** (FC1617-25), in addition to the renewal addressed by Faze Apparel's Motion in Limine No. 5.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: February 8, 2019            /s/
                                   Donald A. Thompson