UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 18-02052-RGK (JEMx) | Date | March 11, 2019 |
|---|---|---|---|
| Title | FAZE Apparel, LLC v. Faze Clan, Inc. et al | | |

| Present: The Honorable | R. GARY KLAUSNER, UNITED STATES DISTRICT JUDGE | |
|---|---|---|
| Sharon L. Williams | Sandra MacNeil | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Donald Thompson | Eleanor Lackman |

**Proceedings:**   **PRETRIAL CONFERENCE**

Case called. Counsel state their appearances. Court and counsel confer re jury impanelment, court hours, admitted evidence and the voir dire process. The Court issues tentative rulings on the motions in limine.

Not later than March 21, 2019, counsel shall file a brief (1 paragraph) joint statement of the case to be read to the jury and an updated witness list. Every day of trial, counsel shall submit to the Court a list of witnesses to be called, in the order they will be called. The Court informs counsel that it intends to impose time limits of 4 hours per side. The Court orders the parties to participate in a further settlement conference with Magistrate Judge McDermott before the March 26, 2019 trial date.

The request to bifurcate the trial is denied. The motion to strike plaintiff's jury demand [82] is denied.

**IT IS SO ORDERED.**

|  | : | 22 |
|---|---|---|
| Initials of Preparer | slw | |

cc:   Magistrate Judge McDermott